In the Matter of HENRIETTA COOPERSMITH, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, Impleaded with Another.

Argued April 16, 1942; decided April 30, 1942.

*Jacob Beller* for appellant.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero, Paxton Blair* and *Murray Rudman* of counsel), for Board of Standards and Appeals, respondent.

*Victor D. Borst, Jr.,* for James Haughey, intervener, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.